D'Auria v Dougherty (2024 NY Slip Op 00520)

D'Auria v Dougherty

2024 NY Slip Op 00520

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

677 CA 23-00193

[*1]ANTHONY D'AURIA AND LYNN D'AURIA, PLAINTIFFS-RESPONDENTS,
v
DAVID R. DOUGHERTY, D.O., ET AL., DEFENDANTS, AND ROBERT R. CONTI, M.D., DEFENDANT-APPELLANT. 

RICOTTA MATTREY CALLOCHIA MARKEL & CASSERT, BUFFALO (COLLEEN K. MATTREY OF COUNSEL), FOR DEFENDANT-APPELLANT. 
LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOSEPH J. MANNA OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 
CONNORS, LLP, BUFFALO (JOHN LOSS OF COUNSEL), FOR DEFENDANTS DAVID R. DOUGHERTY, D.O., NAGARAJA SRIDHAR, M.D., JOHN GRISWOLD, M.D., AND BUFFALO MEDICAL GROUP, P.C.

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered August 11, 2022. The order denied the motion of defendant Robert R. Conti, M.D., for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 13, 17 and 24, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court